■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRYL STOKES, Appellant. [864 NYS2d 379]—Motion for writ of error coram nobis denied. Present—Hurlbutt, J.P., Smith, Pine and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLEOTIS MERCER, Appellant. [864 NYS2d 379]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Martoche, Centra and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH JACKSON, Appellant. [864 NYS2d 379]—Motion for reargument denied. Present—Scudder, P.J., Martoche, Centra, Fahey and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOMINIC DENNARD, Appellant. [864 NYS2d 379]—Motion for writ of error coram nobis denied. Present—Martoche, J.P., Smith, Centra, Lunn and Peradotto, JJ.

■ HARTFORD FIRE INSURANCE COMPANY, INC., Appellant, v EDGEWATER CONSTRUCTION CO., INC., et al., Respondents, et al., Defendant. (Appeal No. 2.) [864 NYS2d 378]—Motion for clarification denied. Present—Hurlbutt, J.P., Martoche, Smith, Fahey and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN E. AKIN, Appellant. [864 NYS2d 379]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Hurlbutt, Lunn, Fahey and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILLIP T. JOHNSON, Appellant. [864 NYS2d 379]—Motion for writ of error coram nobis denied. Present—Hurlbutt, J.P., Centra, Fahey, Peradotto and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE E. WIMES, Appellant. [864 NYS2d 379]—Motion for reconsideration denied. Present—Hurlbutt, J.P., Lunn, Fahey, Peradotto and Pine, JJ.